[No. 51759-7-I.   Division One.   May 17, 2004.]

BYRON D. CONEY, ET AL., *Respondents*, v. SEATTLE SCHOOL DISTRICT NO. 1, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31486-1, Douglass A. North, J., entered January 17, 2003. *Reversed* by unpublished per curiam opinion.

[No. 51813-5-I.   Division One.   May 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS MERLE WELK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-02346-9, Ronald L. Castleberry, J., entered January 13, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51930-1-I.   Division One.   May 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN LANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-04825-2, Dale B. Ramerman, J., entered February 27, 2003. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Coleman and Schindler, JJ.

[No. 28371-9-II.   Division Two.   May 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PEPE JAQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-05398-6, Stephanie A. Arend, J., entered January 25, 2002. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, J.; Armstrong, J., concurs separately.